**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | **Case No. 17-70658-JAD** |
| **Julie N. Fecko** | : | |
|     **Debtors** | : | |
| | : | |
| _____ | : | |
| **Julie N. Fecko** | : | |
|     **Movant** | : | |
|     v. | : | **Chapter 13** |
| | : | |
| **DLP Conemaugh Memorial Medical** | : | |
| **Center** | : | |
| **ATTN: Payroll** | : | |
| **1086 Franklin Street** | : | |
| **Johnstown, PA 15905** | : | |
|     **Respondent** | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour,** | : | |
| **Chapter 13 Trustee** | : | |
|     **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE OF AMENDED ORDER GRANTING ATTACHMENT OF WAGES**

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 29th day of November, 2017, a true and correct copy of the Order dated November 27th, 2017, by First-Class Mail. U.S. Postage paid on the Parties below:

        **DLP Conemaugh Memorial Medical Center**
                **ATTN: Payroll**
            **1086 Franklin Street**
           **Johnstown, PA 15905**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

|  |  |
|---|---|
| Date: November 29th, 2017 | Respectfully Submitted |
|  | /s/ Richard G. Allen, Esq. |
|  | Richard G. Allen |
|  | PA I.D. #304865 |
|  | Law Offices of Richard G. Allen |
|  | P.O. Box 434, 43 West Market Street |
|  | Blairsville, PA 15717 |
|  | (814) 240-1013 (P) (814) 806-2754 (F) |
| Email: | richarda@johnstownbankruptcy.com |
|  | Partner   www.uprightlaw.com |
|  | Attorney for Debtors |