# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    JEREMY J. FECKO and | : | Bankruptcy No. 17-70625-JAD |
|    JULIE N. FECKO f/ka | : | |
|    JULIE N. ZIMMERMAN | : | |
| | : | |
|       Debtor | : | Chapter 13 |
| | : | |

## ENTRY OF APPEARANCE

Please enter my appearance as attorney of record for Somerset Trust Company.

          /s/ David J. Novak, Esquire
David J. Novak
Attorney for Somerset Trust Company
Supreme Ct. I.D. #53532
334 Bloomfield Street, Suite 101
Johnstown, PA 15904
(814) 266-2070
FAX: (814) 266-2611
davidnov162@hotmail.com