# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | **Case No. 17-70625-JAD** |
| **Julie N. Fecko** | : | |
|     **Debtors** | : | |
| | : | **Chapter 13** |
| _____ | : | |
| **Jeremy J. Fecko and** | : | |
| **Julie N. Fecko** | : | **Document No. 50** |
|     **Movants** | : | |
|     v. | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
|     **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR SUBSTITUTION OF COUNSEL (Doc. No. 47)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion For Substitution of Counsel filed on **May 2nd, 2018** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **May 21st, 2018**.

It is hereby respectfully requested the Default Order attached to the Motion for Substitution of Counsel be entered by the Court.

Dated: <u>May 22nd, 2018</u>             **Richard G. Allen, Esq.**
                                                     Law Offices of Richard G. Allen
                                                     P.O. Box 434, 43 West Market Street
                                                     Blairsville, PA 15717
                                                     (814) 240-1013
                                                     richarda@johnstownbankruptcy.com
                                                     Partner   www.uprightlaw.com
                                                     Attorney for Debtors