FILED
5/25/18 7:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jeremy J. Fecko and | : | Bankruptcy No. 17-70625-JAD |
| Julie N. Fecko | : | **DEFAULT O/E JAD** |
| Debtors | : | |
| | : | Chapter 13 |
| _____ | : | |
| Jeremy J. Fecko and | : | |
| Julie N. Fecko | : | Related To Doc. No. 47 |
| Movants | : | |
| v. | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| Respondent | : | |

### ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

**AND NOW,** on this  24th  day of  May , 2018, upon consideration of the Motion for Substitution of Counsel, and for good cause shown, it is hereby ORDERED and DECREED as follows:

1. Attorney Richard G. Allen, in his individual capacity, shall act as the attorney for the Debtors until further Order of Court.

2. Attorney Richard G. Allen, in his capacity as a partner of Upright Law and Upright Law are no longer the attorney for the Debtors.

3. Any further distributions and remaining fees owed regarding the aforementioned Debtors shall now be paid to Attorney Richard G. Allen.

BY THE COURT:

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Richard G. Allen, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-70625-JAD
Jeremy J. Fecko                                                     Chapter 13
Julie N. Fecko
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: gamr              Page 1 of 1              Date Rcvd: May 25, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db/jdb         +Jeremy J. Fecko,   Julie N. Fecko,   3908 Menoher Blvd,   Johnstown, PA 15905-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
               rfn@jjbodies.com
              James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Richard G. Allen    on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8