IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jeremy J. Fecko | : | |
| Julie N. Fecko | : | Bankruptcy No. 17-70625-JAD |
| Debtors | : | |
| | : | Chapter 13 |
| _____ | : | |
| Julie N. Fecko | : | Related To Document No. 53 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| DLP Conemaugh Memorial Medical | : | |
| Center | : | |
| | | |
| Respondent | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |
| Respondent | : | |

ORDER TERMINATING WAGE ATTACHMENT

Upon representation of the above-named Debtor, Julie N. Fecko, having filed a Chapter

13 petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS, THEREFORE, ORDERED that the wage attachment currently in place with DLP

Conemaugh Memorial Medical Center, 1086 Franklin Street, Johnstown, PA 15905 is hereby

terminated.

IT IS FURTHER ORDERED that this Order supersedes any previous order made to the

above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the

Debtor for the administration of this attachment Order except as may be allowed upon

application to and Order of this Court.

DATED this 25th day of June, 2018.

Jeffery A. Deller                                              mas
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
 Jeremy J. and Julie N. Fecko
 Richard G. Allen, Esquire
 DLP Conemaugh
 Ronda J. Winnecour, Esquire
 Office of United States Trustee

FILED
6/25/18 6:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 17-70625-JAD
Jeremy J. Fecko                                                      Chapter 13
Julie N. Fecko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch          Page 1 of 1          Date Rcvd: Jun 25, 2018
                              Form ID: pdf900     Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db/jdb          +Jeremy J. Fecko,   Julie N. Fecko,   3908 Menoher Blvd,   Johnstown, PA 15905-5108
                +DLP Conemaugh Memorial Medical Center,   Attn: Human Resources Dept.,   1086 Franklin Street,
                 Johnstown, PA 15905-4305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor   Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
               rfn@jjbodies.com
              James  Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Richard G. Allen    on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                         TOTAL: 8