# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jeremy J. Fecko and** : | Case No. 17-70625-JAD |
| **Julie N. Fecko** : | |
|    **Debtors** : | |
| : | Chapter 13 |
| _____ : | |
| **Julie N. Fecko** : | |
|    **Movant** : | |
|    v. : | |
| **TruStaff** : | |
| **4675 Cornell Road Suite 100** : | |
| **Cincinnati, OH 45241** : | |
|    **Respondent** : | |
| **And** : | |
| : | |
| **Ronda J. Winnecour,** : | |
| **Chapter 13 Trustee** : | |
|    **Additional Respondent** : | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING ATTACHMENT OF WAGES**

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of July, 2018, a true and correct copy of the Order dated June 25th, 2018, by First-Class Mail. U.S. Postage paid on the Parties below:

**TruStaff**
**4675 Cornell Road Suite 100**
**Cincinnati, OH 45241**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| Date: July 3rd, 2018 | Respectfully Submitted |
| | /s/ Richard G. Allen, Esq. |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | P.O. Box 434, 43 West Market Street |
| | Blairsville, PA 15717 |
| | (814) 240-1013 (P) (814) 806-2754 (F) |
| Email: | richarda@johnstownbankruptcy.com |
| | Attorney for Debtors |