**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BK. No. 17-70625 JAD** |
| **JEREMY J. FECKO** | : | |
| **JULIE N. FECKO F/K/A JULIE ZIMMERMAN** | : | **Chapter No. 13** |
| **Debtors** | : | |
| | : | |
| **FREEDOM MORTGAGE CORPORATION** | : | |
| **Movant** | : | |
| **v.** | : | |
| **JEREMY J. FECKO** | : | |
| **JULIE N. FECKO F/K/A JULIE ZIMMERMAN** | : | |
| **Respondents** | : | |
| | : | |

## WITHDRAW OF THE NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges, filed on February 12, 2018, Claim 8.

Respectfully submitted,

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

October 25, 2018

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **BK. No. 17-70625 JAD** |
| **JEREMY J. FECKO** | : | |
| **JULIE N. FECKO F/K/A JULIE ZIMMERMAN** | : | **Chapter No. 13** |
| **Debtors** | : | |
| | : | |
| **FREEDOM MORTGAGE CORPORATION** | : | |
| **Movant** | : | |
| **v.** | : | |
| **JEREMY J. FECKO** | : | |
| **JULIE N. FECKO F/K/A JULIE ZIMMERMAN** | : | |
| **Respondents** | : | |
| | : | |

## CERTIFICATE OF SERVICE OF THE WITHDRAW OF
## THE NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Withdraw of the Notice of Postpetition Mortgage Fees, Expenses, and Charges on the parties at the addresses shown below or on the attached list on October 25, 2018.

Service by Electronic Notification

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)          JULIE N. FECKO
SUITE 3250, USX TOWER, 600 GRANT STREET          3908 MENOHER BLVD
PITTSBURGH, PA 15219          JOHNSTOWN, PA 15905


RICHARD ALLEN, ESQUIRE          JEREMY J. FECKO
P.O. BOX 434, 43 WEST MARKET STREET          3908 MENOHER BLVD
BLAIRSVILLE, PA 15901          JOHNSTOWN, PA 15905


If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

October 25, 2018