IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | |
|---|---|
| IN RE:<br>Jeremy J. Fecko and<br>Julie N. Fecko f/ka Julie Zimmerman,<br>     Debtors. | Bankruptcy No. 17-70625-JAD<br><br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>     Movant<br>v.<br><br>Freedom Mortgage Corporation,<br>     Respondent. | Related To Doc. Nos. 66, 61 |

## ORDER RESCHEDULING HEARING

AND NOW, this 2nd day of April, 2019, upon consideration of the Motion to Reschedule Hearing on Trustee's Motion to Compel Proof that Charges have been Removed from Loan ("Motion"), filed by Respondent, Freedom Mortgage Corporation's ("Respondent"), and response to same, and the record as a whole, **IT IS HEREBY ORDERED**:

The Motion is **GRANTED**. The hearing on the Trustee's Motion To Compel scheduled for April 5, 2019 at 11:00 AM is **CANCELLED AND RESCHEDULED** to **Wednesday, May 15, 2019**, at **11:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901.*

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

*For hearings scheduled in Johnstown, Pennsylvania, please be advised that video conferencing equipment will be utilized. This allows the parties to appear at either Courtroom B in Johnstown, PA or in Courtroom D in Pittsburgh, PA.

CASE ADMINISTRATOR SHALL SERVE:
 Jeremy J. and Julie M. Fecko
 Richard G. Allen, Esquire
 Jodi L. Hause, Esquire
 Ronda J. Winnecour, Esquire
 Office of United States Trustee

FILED
4/2/19 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-70625-JAD
Jeremy J. Fecko                                                                                 Chapter 13
Julie N. Fecko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: lfin                   Page 1 of 1              Date Rcvd: Apr 02, 2019
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
db/jdb         +Jeremy J. Fecko,    Julie N. Fecko,    3908 Menoher Blvd,    Johnstown, PA 15905-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
               rfn@jjbodies.com
              James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    Freedom Mortgage Corporation
               jodi.hause@phelanhallinan.com,    pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Richard G. Allen    on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10