# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- Debtor: JEREMY J. & JULIE N. FECKO
- Case Number: 17-70625-JAD     Chapter: 13
- Date / Time / Room: WEDNESDAY, MAY 15, 2019 11:00 AM   COURTROOM B
- Bankruptcy Judge: JEFFERY A. DELLER
- Courtroom Clerk: MARY SCHUETZ
- Reporter / ECR: N/A

**Matter:**

Trustee's Motion To Compel Proof That Charges Have Been Removed From Loan filed by Ronda J. Winnecour, Chapter 13 Trustee [v. Freedom Mortgage Corporation]
- Response filed 3/11/2019 by Freedom Mortgage Corporation at ECF No. 65  [Due 3/11/2019]
R / M #:  61 / 0

**Appearances:**

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTORS: RICHARD G. ALLEN, ESQUIRE
CREDITOR: JODI L. HAUSE, ESQUIRE for FREEDOM MORTGAGE CORPORATION

**Proceedings:**

- ___ Motion is GRANTED / DENIED
- ___ Special Type Of Order:
- ✓ CONTINUE MATTER:
  - ✓ For At Least  30  Days (Court To Issue Scheduling Order)
  - ___ To Hearing Date Of _____ at _____ AM/PM at _____
  - ___ To Conciliation Conference For _____ at _____ AM/PM at _____
- ___ ISSUE EVIDENTIARY HEARING NOTICE
  - ___ Evidentiary Hearing On Value And Cram-Down Interest
  - ___ Complex / Pretrial Order - NONJURY / JURY
  - ___ Simple / Pretrial Order - NONJURY / JURY
  - ___ Parties To Undertake Discovery - Discovery Period: ____ days
- ___ SETTLEMENT STIPULATION IS DUE _____
- ___ OTHER:

FILED
5/16/19 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge