IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/16/19 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:                                       :
                                             :  Bankruptcy No.  17-70625-JAD
Jeremy and Julie Fecko                       :
                                             :  Adversary No.
                                             :
                                             :  Related to Docket No.  69
                                             :
                                             :  Three Day Request
                                             :

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Ronda Winnecour, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    May 15, 2019

The transcript is being prepared by J&J Court Transcribers, Inc.  The estimated completion for this transcript is May 20, 2019.

    Michael R. Rhodes, Clerk
    United States Bankruptcy Court

Date: 5/16/2019            By:            /s/ Janet Heller
                                                    ECRO

#61-M