IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JEREMY J. FECKO and JULIE N. FECKO, | : | Bankruptcy No. 17-70625-JAD |
| Debtors. | : | Chapter 13 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Movant, | : | |
| v. | : | Related To ECF No. 61 |
| FREEDOM MORTGAGE CORPORATION, | : | |
| Respondent. | : | |

## ORDER CONTINUING HEARING

AND NOW, this **1st** day of **July**, **2019**, a continued hearing having been held on June 28, 2019, regarding the *Motion To Compel Proof That Charges Have Been Removed From Loan* filed at ECF No. 61 by Ronda J. Winnecour, Chapter 13 Trustee; and, the responsive pleading filed thereto by Freedom Mortgage Corporation at ECF No. 65;

**IT IS HEREBY ORDERED** that the hearing on the above-referenced matter **IS CONTINUED TO Wednesday, August 7, 2019**, at **11:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901.*

_____  mas
Jeffery A. Deller
U.S. Bankruptcy Judge

* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video conferencing equipment will be utilized. This allows the parties to appear at either Courtroom B in Johnstown, PA or in Courtroom D in Pittsburgh, PA.

**CASE ADMINISTRATOR SHALL SERVE:**
Jeremy J. And Julie N. Fecko
Richard G. Allen, Esquire
Jodi L. Hause, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
7/1/19 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeremy J. Fecko
Julie N. Fecko
    Debtors

Case No. 17-70625-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: Jul 01, 2019
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
db/jdb        +Jeremy J. Fecko,    Julie N. Fecko,    3908 Menoher Blvd,    Johnstown, PA 15905-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
      Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
       agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
      David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
       rfn@jjbodies.com
      James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
      Jodi L. Hause    on behalf of Creditor    Freedom Mortgage Corporation
       jodi.hause@phelanhallinan.com,    pawb@fedphe.com
      Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Richard G. Allen    on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com,
       mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
      Richard G. Allen    on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com,
       mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                            TOTAL: 10