IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jeremy J. Fecko | : | |
| Julie N. Fecko | : | Bankruptcy No. 17-70625-JAD |
|     Debtors | : | |
| | : | Chapter 13 |
| _____ | : | |
| Julie N. Fecko | : | Document No. 77 |
|     Movant | : | |
| | : | |
|     v. | : | |
| TruStaff | : | |
| 4675 Cornell Road Suite 100 | : | |
| Cincinnati, OH 45421 | : | |
|     Respondent | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
|     Additional Respondent | : | |

**ORDER TERMINATING WAGE ATTACHMENT**

    Upon representation of the above-named Debtor, Julie N. Fecko, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan.

    IT IS, THEREFORE, ORDERED that the wage attachment currently in place with **TruStaff, 4675 Cornell Road, Suite 100, Cincinnati, OH 45241** is hereby terminated.

IT IS FURTHER ORDERED that this Order supersedes any previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

DATED this 5th day of July, 2019.

Jeffery A. Deller
*United States Bankruptcy Judge*

mas

CASE ADMINISTRATOR SHALL SERVE:
Jeremy J. and Julie N. Fecko
Richard G. Allen, Esquire
TruStaff
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
7/5/19 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-70625-JAD
Jeremy J. Fecko                                                 Chapter 13
Julie N. Fecko
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: msch              Page 1 of 1              Date Rcvd: Jul 05, 2019
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2019.
```
db/jdb         +Jeremy J. Fecko,   Julie N. Fecko,    3908 Menoher Blvd,    Johnstown, PA 15905-5108
               +TruStaff,    Attn: Payroll Manager,   4675 Cornell Road Suite 100,    Cincinnati, OH 45241-2498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2019 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
               rfn@jjbodies.com
              James Warmbrodt     on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    Freedom Mortgage Corporation
               jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Richard G. Allen    on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 10
```