**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | Case No. 17-70625-JAD |
| **Julie N. Fecko** | : | |
|     **Debtors** | : | |
| _____ | : | |
| **Julie N. Fecko** | : | |
|     **Movant** | : | |
|     v. | : | Chapter 13 |
| | : | |
| **Trustaff** | : | |
| **4675 Cornell Rd Ste 100** | : | |
| **Cincinnati OH 45241-2498** | : | |
|     **Respondent** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour,** | : | |
| **Chapter 13 Trustee** | : | |
|     **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT**

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 10th day of July, 2019, a true and correct copy of the Order dated July 5th, 2019, by First-Class Mail. U.S. Postage paid on the Parties below:

**Trustaff**
**4675 Cornell Rd Ste 100**
**Cincinnati OH 45241-2498**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Date: July 10th, 2019                  Respectfully Submitted

|  |  |
|---|---|
|  | /s/ Richard G. Allen, Esq. |
|  | Richard G. Allen |
|  | PA I.D. #304865 |
|  | Law Offices of Richard G. Allen |
|  | P.O. Box 434, 43 West Market Street |
|  | Blairsville, PA 15717 |
|  | (814) 240-1013 (P) (814) 806-2754 (F) |
| Email: | richarda@johnstownbankruptcy.com |
|  | Attorney for Debtors |