**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | **Case No. 17-70625-JAD** |
| **Julie N. Fecko** | : | |
| **Debtors** | : | |
| | : | **Chapter 13** |
| _____ | : | |
| **Julie N. Fecko** | : | **Document No. 84** |
| **Movant** | : | |
| **v.** | : | |
| **Pro Link Healthcare Staffing** | : | |
| **381 Mansfield Avenue, Ste 301** | : | |
| **Pittsburgh, PA 15520** | : | |
| **Respondent** | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

<u>**CERTIFICATE OF SERVICE OF ORDER GRANTING ATTACHMENT OF WAGES**</u>

I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of July, 2019, a true and correct copy of the Order dated July 11th, 2019, by email on the Parties below:

**Pro Link Healthcare Staffing**
**381 Mansfield Avenue, Ste 301**
**Pittsburgh, PA 15520**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

<u>Date: July 15th, 2019:</u>

Respectfully Submitted
<u>/s/ Richard G. Allen, Esq.</u>
Richard G. Allen
PA I.D. #304865
Law Offices of Richard G. Allen
P.O. Box 434, 43 West Market Street
Blairsville, PA 15717
(814) 240-1013 (P) (814) 806-2754 (F)
Email:     richarda@johnstownbankruptcy.com
Attorney for Debtors