# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JEREMY J. & JULIE N. FECKO
**Case Number:** 17-70625-JAD    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, AUGUST 07, 2019 11:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

CONTINUED - Trustee's Motion To Compel Proof That Charges Have Been Removed From Loan filed by Ronda J. Winnecour, Chapter 13 Trustee [v. Freedom Mortgage Corporation]
- Response filed 3/11/2019 by Freedom Mortgage Corporation @ Doc. #65 [Due 3/11/2019]
- Hearing Held 5/15/2019 - Continued To 6/28/2019
- Hearing Held 6/28/2019 - Continued To 8/7/2019

**R / M #:** 61 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTORS: ~~RICHARD G. ALLEN, ESQUIRE~~
CREDITOR: JODI L. HAUSE, ESQUIRE for FREEDOM MORTGAGE CORPORATION

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  30  Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at
         _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Scheduling Order to be issued continuing hearing for at least 30 days**

FILED
8/7/19 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge