IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jeremy J. Fecko | : | Case No.17-70625JAD |
| Julie N. Fecko | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Doc. 61 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Freedom Mortgage Corporation | : | |
| | : | Hearing Date |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL PROOF THAT CHARGES HAVE BEEN REMOVED FROM LOAN

The Trustee's Motion that was filed in the above-referenced case on February 08, 2019 (document #61) is hereby WITHDRAWN. The hearing scheduled for October 02, 2019 is Cancelled.

Respectfully submitted

9/30/19                     /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : |  |
| Jeremy J. Fecko | : | Case No.17-70625JAD |
| Julie N. Fecko | : | Chapter 13 |
| Debtor(s) | : |  |
| Ronda J. Winnecour, Trustee | : |  |
|  | : | Re Doc. 61 |
| Movant(s) | : |  |
|  | : |  |
| vs. | : |  |
| Freedom Mortgage Corporation | : |  |
|  | : | Hearing Date |
| Respondent(s) |  |  |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Jeremy J. Fecko
Julie N. Fecko
3908 Menoher Blvd
Johnstown PA 15905

Richard Allen, Esquire
Law Office of Richard G. Allen
PO Box 434
43 Market Street
Blairsville PA 15717

Freedom Mortgage Corporation
Bankruptcy Department
10500 Kincaid Drive
Suite 300
Fisher IN 46037

Heather D. Bock, Esquire
McCalla Raymer Liebert Pierce, LLC
1544 Old Alabama Road
Roswell GA 30076

Mario J. Hanyon, Esquire
Phelan Hallinan Diamond & Jones LLP
Omni William Penn Office Tower
555 Grant Street Suite 300
Pittsburgh PA 15219

James C. Warmbrodt, Esquire
KML Law Group PC
701 Market Street Suite 5000
Philadelphia PA 19106

9/30/19
date

/s/ Dianne DeFoor___
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566