IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/1/19 7:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| JEREMY J. FECKO and<br>JULIE N. FECKO, | : | Bankruptcy No. 17-70625-JAD |
| Debtors. | : | Chapter 13 |
| RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE, | : | Doc. No. 89 |
| Movant, | : | Related To Doc. No. 61 |
| v. | : | |
| FREEDOM MORTGAGE CORPORATION, | : | |
| Respondent. | : | |

# ORDER

**AND NOW**, this **1st** day of **October, 2019**, **IT APPEARING TO THE COURT** that the Movant has filed a **Withdrawal of Trustee's Motion** at **Doc. # 89** in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **Doc. # 61 IS DENIED AS WITHDRAWN**.

**IT IS FURTHER ORDERED** that the hearing regarding **Doc. # 61 – Trustee's Motion To Compel Proof That Charges Have Been Removed From Loan** filed by **Ronda J. Winnecour, Chapter 13 Trustee** and scheduled for **Wednesday, October 2, 2019**, at **11:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901, **IS HEREBY CANCELLED**.

_____  mas
Jeffery A. Deller
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-70625-JAD
Jeremy J. Fecko                                                        Chapter 13
Julie N. Fecko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: nsha              Page 1 of 2              Date Rcvd: Oct 01, 2019
                              Form ID: pdf900         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
```
db/jdb         +Jeremy J. Fecko,    Julie N. Fecko,    3908 Menoher Blvd,    Johnstown, PA 15905-5108
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14682098       +Atg Credit LLC,    1700 W Cortland Street,    Ste 2,    Chicago, IL 60622-1131
14718799        Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
14682102       +Credit First National Association,    Attn: BK Credit Operations,    P.O. Box 81315,
                 Cleveland, OH 44181-0315
14682105       +Freedom Mortgage Corp,    Attn: Bankruptcy,    P.O. Box 489,    Mt Laurel, NJ 08054-0489
14716652       +Freedom Mortgage Corporation,    Bankruptcy Department,    10500 Kincaid Drive,    Suite 300,
                 Fishers, IN 46037-9764
14682108       +MRS BPO,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14699488       +National Collegiate Student Loan Trust 2004-1,    Po Box 4275,    Norcross, GA 30091-4275
14765862       +PNC Bank, N.A.,    Boston Portfolio Advisors as Authorized,    Agent for PNC Bank, N.A.,
                 600 Corporate Drive, Suite 502,    Fort Lauderdale, FL 33334-3662
14718621       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14682110       +Somerset Trust,    151 W. Main Street,    Somerset, PA 15501-2068
14682111       +US Dept Of Ed/Great Lakes Higher Ed.,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
14758408        United States Department of Education,    Claims Filing Unit,    Po Box 8973,
                 Madison, WI   53708-8973
14682112       +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
14692446        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14682097       +E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2019 04:01:20     Ally Financial,
                 Attn: Bankruptcy,    P.O. Box 380901,    Bloomington, MN 55438-0901
14696947        E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2019 04:01:20     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14682100       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2019 04:00:20      Capital One,
                 Attn: General Correspondence/Bankruptcy,     P.O. Box 30285,    Salt Lake City, UT 84130-0285
14682099       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2019 04:00:21      Capital One,
                 Attn: Bankruptcy,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
14764174        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2019 04:00:20
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
14764175        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2019 03:59:32      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC   28272-1083
14682101       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2019 04:01:33      Comenitycapital/boscov,
                 Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
14682103       +E-mail/Text: bdsupport@creditmanagementcompany.com Oct 02 2019 04:02:33
                 Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14691946       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 02 2019 04:02:24     KeyBank N.A.,
                 4910 Tiedeman Rd,    Brooklyn Oh 44144-2338
14682106       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 02 2019 04:02:24     Keybank NA,
                 Key Bank; Attention: Recovery Payment,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14738364       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 02 2019 04:02:10     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14682107       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 02 2019 04:02:10     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14682109        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 04:00:24
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14703435        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 04:00:24
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14682558       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 03:59:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14768969        E-mail/Text: bnc-quantum@quantum3group.com Oct 02 2019 04:01:39
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                                TOTAL: 16
```

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
cr              Freedom Mortgage Corporation
aty*           +Somerset Trust Company,    151 W. Main Street,    Somerset, PA 15501-2068
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14682104*      +Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
                                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-7          User: nsha              Page 2 of 2              Date Rcvd: Oct 01, 2019
                              Form ID: pdf900         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
               rfn@jjbodies.com
              James  Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    Freedom Mortgage Corporation
               jodi.hause@phelanhallinan.com,  pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Richard G. Allen    on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```