IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jeremy J. Fecko and | : | Bankruptcy No. 17-70625-JAD |
| Julie N. Fecko | : | |
| Debtors | : | Chapter 13 |
| | : | |
| _____ | : | |
| Jeremy J. Fecko | : | Related to Doc. No. 94 |
| Movant | : | |
| v. | : | Motion No. WO-1 |
| Major Builders, Inc. | : | |
| 514 Menoher Blvd. | : | |
| Johnstown, PA 15905 | : | |
| Respondent | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor, Jeremy J. Fecko, having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

1

Major Builders, Inc.
514 Menoher Blvd.
Johnstown, PA 15905
ATTN: Payroll Department/Garnishments

shall deduct from that income the sum of **$1037.00**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter (bi-weekly), including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

**RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.P.A.
P.O. BOX 84051
CHICAGO, IL 60689-4002**

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtor shall file a certificate of service regarding service of the order and local form.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court. **

DATED this <u>8th</u> day of <u>October</u>, 2019.

Jeffery A. Deller    mas
*United States Bankruptcy Judge*

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
Jeremy J. and Julie N. Fecko
Richard G. Allen, Esquire
Major Builders, Inc.
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
10/8/19 5:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-70625-JAD
Jeremy J. Fecko                                                       Chapter 13
Julie N. Fecko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: msch              Page 1 of 1              Date Rcvd: Oct 08, 2019
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db/jdb         +Jeremy J. Fecko,   Julie N. Fecko,   3908 Menoher Blvd,   Johnstown, PA 15905-5108
               +Major Bulders, Inc.,   Attn: Payroll Manager,   514 Menoher Blvd.,   Johnstown, PA 15901-2799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com
          David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
           rfn@jjbodies.com
          James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
          Jodi L. Hause    on behalf of Creditor    Freedom Mortgage Corporation
           jodi.hause@phelanhallinan.com,  pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard G. Allen    on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com,
           mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
          Richard G. Allen    on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com,
           mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 10