**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | **Case No. 17-70625-JAD** |
| **Julie N. Fecko** | : | |
|     **Debtors** | : | |
| | : | **Chapter 13** |
| _____ | : | |
| **Jeremy J. Fecko** | : | **Document No. 98** |
|     **Movant** | : | |
|     v. | : | |
| **Major Builders Inc.** | : | |
| **514 Menoher Blvd.** | : | |
| **Johnstown, PA 15905** | : | |
|     **Respondent** | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
|     **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING ATTACHMENT OF WAGES**

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 9th day of October, 2019, a true and correct copy of the Order dated October 8th, 2019, by first class mail on the Parties below:

**Major Builders Inc.**
**514 Menoher Blvd.**
**Johnstown, PA 15905**

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Date: October 14th, 2019:                        Respectfully Submitted
                                                      /s/ Richard G. Allen, Esq.
                                                      Richard G. Allen
                                                      PA I.D. #304865
                                                      Law Offices of Richard G. Allen
                                                      P.O. Box 434, 43 West Market Street
                                                      Blairsville, PA 15717
                                                      (814) 240-1013 (P) (814) 806-2754 (F)
                      Email:                       richarda@johnstownbankruptcy.com
                                                    Attorney for Debtors