## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | Case No. 17-70625-JAD |
| **Julie N. Fecko** | : | |
|     **Debtors** | : | |
| | : | **Chapter 13** |
| _____ | : | |
| **Julie N. Fecko** | : | **Document No. 99** |
|     **Movant** | : | |
|     v. | : | |
| **Pro Link Healthcare Staffing** | : | |
| **381 Mansfield Avenue, Ste 301** | : | |
| **Pittsburgh, PA 15520** | : | |
|     **Respondent** | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
|     **Additional Respondent** | : | |

### CERTIFICATE OF SERVICE OF ORDER GRANTING WAGE ATTACHMENT TERMINATION

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of October, 2019, a true and correct copy of the Order dated October 7th, 2019, by US mail on the Parties below:

**Pro Link Healthcare Staffing**
**381 Mansfield Avenue, Ste 301**
**Pittsburgh, PA 15520**

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

<u>Date: October 15th, 2019:</u>              Respectfully Submitted
                                             <u>/s/ Richard G. Allen, Esq.</u>
                                             Richard G. Allen
                                             PA I.D. #304865
                                             Law Offices of Richard G. Allen
                                             P.O. Box 434, 43 West Market Street
                                             Blairsville, PA 15717
                                             (814) 240-1013 (P) (814) 806-2754 (F)
                Email:                       richarda@johnstownbankruptcy.com
                                             Attorney for Debtors