Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeremy J. Fecko**
**Julie N. Fecko**
**fka Julie Zimmerman**
  Debtor(s)

Bankruptcy Case No.: 17–70625–JAD
Doc. No. 100
Chapter: 13
Docket No.: 101 – 100
Concil. Conf.: February 20, 2020 at 09:00 AM

## ORDER

  **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

  **IT IS HEREBY ORDERED** that, on or before **December 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

  1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

  2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

  **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

  On or before **January 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

  On **February 20, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

  This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.


Dated: November 13, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70625-JAD
Jeremy J. Fecko                                                           Chapter 13
Julie N. Fecko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2              Date Rcvd: Nov 13, 2019
                              Form ID: 410            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db/jdb         +Jeremy J. Fecko,    Julie N. Fecko,    3908 Menoher Blvd,    Johnstown, PA 15905-5108
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
cr             +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                1544 Old Alabama Road,    Roswell, GA 30076-2102
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14682098       +Atg Credit LLC,    1700 W Cortland Street,    Ste 2,    Chicago, IL 60622-1131
14718799        Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
14682102       +Credit First National Association,    Attn: BK Credit Operations,    P.O. Box 81315,
                Cleveland, OH 44181-0315
14682105       +Freedom Mortgage Corp,    Attn: Bankruptcy,    P.O. Box 489,    Mt Laurel, NJ 08054-0489
14716652       +Freedom Mortgage Corporation,    Bankruptcy Department,    10500 Kincaid Drive,    Suite 300,
                Fishers, IN 46037-9764
14682108       +MRS BPO,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14699488       +National Collegiate Student Loan Trust 2004-1,    Po Box 4275,    Norcross, GA 30091-4275
14765862       +PNC Bank, N.A.,    Boston Portfolio Advisors as Authorized,    Agent for PNC Bank, N.A.,
                600 Corporate Drive, Suite 502,    Fort Lauderdale, FL 33334-3662
14718621       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14682110       +Somerset Trust,    151 W. Main Street,    Somerset, PA 15501-2068
14682111       +US Dept Of Ed/Great Lakes Higher Ed.,    Attn: Bankruptcy,    2401 International Lane,
                Madison, WI 53704-3121
14758408        United States Department of Education,    Claims Filing Unit,    Po Box 8973,
                Madison, WI   53708-8973
14682112       +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
14692446        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14682097       +E-mail/Text: ally@ebn.phinsolutions.com Nov 14 2019 04:31:44     Ally Financial,
                Attn: Bankruptcy,    P.O. Box 380901,    Bloomington, MN 55438-0901
14696947        E-mail/Text: ally@ebn.phinsolutions.com Nov 14 2019 04:31:44     Ally Financial,
                PO Box 130424,    Roseville, MN 55113-0004
14682100       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:36:47      Capital One,
                Attn: General Correspondence/Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14682099       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:35:37      Capital One,
                Attn: Bankruptcy,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
14764174        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:38:01
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14764175        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2019 04:38:02      Capital One, N.A.,
                PO Box 71083,    Charlotte, NC  28272-1083
14682101       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2019 04:32:13     Comenitycapital/boscov,
                Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
14682103       +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 14 2019 04:33:56
                Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14691946       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 14 2019 04:33:38     KeyBank N.A.,
                4910 Tiedeman Rd,    Brooklyn Oh 44144-2338
14682106       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 14 2019 04:33:38     Keybank NA,
                Key Bank; Attention: Recovery Payment,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14738364       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2019 04:33:14     MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
14682107       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2019 04:33:14     Midland Funding,
                Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14682109        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 05:00:40
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14703435        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 05:00:40
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14682558       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 04:35:45
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14768969        E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2019 04:32:24
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Freedom Mortgage Corporation
aty*           +Somerset Trust Company,    151 W. Main Street,    Somerset, PA 15501-2068
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14682104*      +Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
                                                                                              TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-7           User: msch              Page 2 of 2              Date Rcvd: Nov 13, 2019
                               Form ID: 410            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
               rfn@jjbodies.com
              James Warmbrodt     on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    Freedom Mortgage Corporation
               jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Richard G. Allen    on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```