UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  JEREMY J FECKO<br>JULIE N FECKO | CASE NO: 17-70625-JAD<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Hearing Date: 01/10/2020<br>Hearing Time: 11:00 AM<br>Response Date: 12/23/2019 |

On 12/6/2019, I did cause a copy of the following documents, described below,

Motion For Approval to Withdraw Retirement Funds

Exhibit A

Exhibit B

Proposed Order

Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/6/2019

/s/ Richard G. Allen
Richard G. Allen  304865
Law Offices of Richard G. Allen
P.O. Box 434
Blairsville, PA  15717
814 240 1013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  JEREMY J FECKO<br>JULIE N FECKO | CASE NO: 17-70625-JAD<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>Hearing Date: 01/10/2020<br>Hearing Time: 11:00 AM<br>Response Date: 12/23/2019 |

On 12/6/2019, a copy of the following documents, described below,

Motion For Approval to Withdraw Retirement Funds

Exhibit A

Exhibit B

Proposed Order

Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/6/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard G. Allen
Law Offices of Richard G. Allen
P.O. Box 434
Blairsville, PA  15717

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              RICHARD G ALLEN                        ALLY FINANCIAL
 LABEL MATRIX FOR LOCAL NOTICING       LAW OFFICES OF RICHARD G ALLEN         TUCKER ARENSBERG PC
03157                                  PO BOX 434                             CO BRETT A SOLOMON ESQUIRE
CASE 17-70625-JAD                      43 WEST MARKET STREET                  1500 ONE PPG PLACE
WESTERN DISTRICT OF PENNSYLVANIA       BLAIRSVILLE PA 15717-1327              PITTSBURGH PA 15222-5413
JOHNSTOWN
THU DEC 5 17-21-02 EST 2019


ALLY FINANCIAL                         ALLY FINANCIAL                         ATG CREDIT LLC
ATTN BANKRUPTCY                        PO BOX 130424                          1700 W CORTLAND STREET
PO BOX 380901                          ROSEVILLE MN 55113-0004                STE 2
BLOOMINGTON MN 55438-0901                                                     CHICAGO IL 60622-1131



CAPITAL ONE                            CAPITAL ONE                            CAPITAL ONE BANK USA NA
ATTN BANKRUPTCY                        ATTN GENERAL CORRESPONDENCEBANKRUPTCY  PO BOX 71083
PO BOX 30253                           PO BOX 30285                           CHARLOTTE NC 28272-1083
SALT LAKE CITY UT 84130-0253           SALT LAKE CITY UT 84130-0285



CAPITAL ONE NA                         COMENITYCAPITALBOSCOV                  CREDIT FIRST NA
PO BOX 71083                           COMENITY BANK                          PO BOX 818011
CHARLOTTE NC 28272-1083                PO BOX 182125                          CLEVELAND OH 44181-8011
                                       COLUMBUS OH 43218-2125



CREDIT FIRST NATIONAL ASSOCIATION      CREDIT MANAGEMENT LP                   DEBTOR
ATTN BK CREDIT OPERATIONS              ATTN BANKRUPTCY                        JEREMY J FECKO
PO BOX 81315                           2121 NOBLESTOWN RD                     3908 MENOHER BLVD
CLEVELAND OH 44181-0315                PITTSBURGH PA 15205-3956               JOHNSTOWN PA 15905-5108



JULIE N FECKO                          FREEDOM MORTGAGE CORP                  FREEDOM MORTGAGE CORPORATION
3908 MENOHER BLVD                      ATTN BANKRUPTCY                        CO MCCALLA RAYMER LEIBERT PIERCE LLC
JOHNSTOWN PA 15905-5108                PO BOX 489                             BANKRUPTCY DEPARTMENT
                                       MT LAUREL NJ 08054-0489                1544 OLD ALABAMA ROAD
                                                                              ROSWELL GA 30076-2102



FREEDOM MORTGAGE CORPORATION           MARIO J HANYON                         JODI L HAUSE
BANKRUPTCY DEPARTMENT                  PHELAN HALLINAN DIAMOND  JONES LLP     PHELAN HALLINAN DIAMOND  JONES LLP
10500 KINCAID DRIVE                    OMNI WILLIAM PENN OFFICE TOWER         OMNI WILLIAM PENN OFFICE TOWER
SUITE 300                              555 GRANT STREET SUITE 300             555 GRANT STREET SUITE 300
FISHERS IN 46037-9764                  PITTSBURGH PA 15219-4408               PITTSBURGH PA 15219-4408



KEYBANK NA                             KEYBANK NA                             MIDLAND FUNDING LLC
4910 TIEDEMAN RD                       KEY BANK ATTENTION RECOVERY PAYMENT    PO BOX 2011
BROOKLYN OH 44144-2338                 4910 TIEDEMAN ROAD                     WARREN MI 48090-2011
                                       BROOKLYN OH 44144-2338



MRS BPO                                MIDLAND FUNDING                        NATIONAL COLLEGIATE STUDENT LOAN TRUST
1930 OLNEY AVE                         ATTN BANKRUPTCY                        2004
CHERRY HILL NJ 08003-2016              PO BOX 939069                          PO BOX 4275
                                       SAN DIEGO CA 92193-9069                NORCROSS GA 30091-4275
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVID J NOVAK<br>232 CRESTVIEW DR<br>DAVIDSVILLE PA 15928-9507 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PNC BANK NA<br>BOSTON PORTFOLIO ADVISORS AS<br>AUTHORIZED<br>AGENT FOR PNC BANK NA<br>600 CORPORATE DRIVE SUITE 502<br>FORT LAUDERDALE FL 33334-3662 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 N LINCOLN AVE<br>PITTSBURGH PA 15233-1828 |
| PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 NORTH LINCOLN AVENUE<br>PITTSBURGH PA 15233-1828 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| BRETT A SOLOMON<br>TUCKER ARENSBERG PC<br>1500 ONE PPG PLACE<br>PITTSBURGH PA 15222-5413 | SOMERSET TRUST<br>151 W MAIN STREET<br>SOMERSET PA 15501-2068 | US DEPT OF EDGREAT LAKES HIGHER ED<br>ATTN BANKRUPTCY<br>2401 INTERNATIONAL LANE<br>MADISON WI 53704-3121 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | S JAMES WALLACE<br>845 N LINCOLN AVENUE<br>PITTSBURGH PA 15233-1828 | JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| WELLS FARGO BANK<br>PO BOX 10438<br>MACF8235-02F<br>DES MOINES IA 50306-0438 | WELLS FARGO BANK NA<br>WELLS FARGO EDUCATION FINANCIAL<br>SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 | RONDA J WINNECOUR<br>SUITE 3250 USX TOWER<br>600 GRANT STREET<br>PITTSBURGH PA 15219-2702 |