## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jeremy J. Fecko** | : | |
| **Julie N. Fecko** | : | Case No. 17-70625-JAD |
| | : | |
| **Debtors** | : | Chapter 13 |
| _____ | : | |
| **Jeremy J. Fecko** | : | |
| Movant | : | Docket No. 108 |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esq.** | : | |
| **Chapter 13 Trustee** | : | Hearing Date and time: 01/10/2020 at 11:00 AM |
| Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR APPROVAL TO WITHDRAW INDIVIDUAL RETIREMENT FUNDS IN ORDER TO CURE PLAN ARREARS (Doc. No. 103)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtors' Motion for approval to Withdraw Individual Retirement Funds in Order to Cure Plan Arrears filed on **December 5th, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **December 23rd, 2019.**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: December 30, 2019

**/s/ Richard G. Allen, Esquire**
Richard G. Allen, Esquire
43 West Market Street, P.O. Box 434
Blairsville, PA 15717
PA ID #  304865
(814) 240-1013 (phone)
(814) 240-1039 (fax)
richarda@johnstownbankruptcy.com
Attorney for Debtors