UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  JEREMY J FECKO
JULIE N FECKO

CASE NO: 17-70625

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 12/31/2019, I did cause a copy of the following documents, described below,

Amended Plan

Exhibit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/31/2019

/s/ Richard G. Allen
Richard G. Allen  304865
Law Offices of Richard G. Allen
P.O. Box 434
Blairsville, PA  15717
814 240 1013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  JEREMY J FECKO<br>JULIE N FECKO | CASE NO: 17-70625<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/31/2019, a copy of the following documents, described below,

Amended Plan

Exhibit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/31/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard G. Allen
Law Offices of Richard G. Allen
P.O. Box 434
Blairsville, PA  15717

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                          RICHARD G ALLEN                    ALLY FINANCIAL
  LABEL MATRIX FOR LOCAL NOTICING  LAW OFFICES OF RICHARD G ALLEN     TUCKER ARENSBERG PC
03157                              PO BOX 434                         CO BRETT A SOLOMON ESQUIRE
CASE 17-70625-JAD                  43 WEST MARKET STREET              1500 ONE PPG PLACE
WESTERN DISTRICT OF PENNSYLVANIA   BLAIRSVILLE PA 15717-1327          PITTSBURGH PA 15222-5413
JOHNSTOWN
TUE DEC 31 12-50-06 EST 2019


ALLY FINANCIAL                     ALLY FINANCIAL                     ATG CREDIT LLC
ATTN BANKRUPTCY                    PO BOX 130424                      1700 W CORTLAND STREET
PO BOX 380901                      ROSEVILLE MN 55113-0004            STE 2
BLOOMINGTON MN 55438-0901                                             CHICAGO IL 60622-1131


CAPITAL ONE                        CAPITAL ONE                        CAPITAL ONE BANK USA NA
ATTN BANKRUPTCY                    ATTN GENERAL CORRESPONDENCEBANKRUPTCY  PO BOX 71083
PO BOX 30253                       PO BOX 30285                       CHARLOTTE NC 28272-1083
SALT LAKE CITY UT 84130-0253       SALT LAKE CITY UT 84130-0285


CAPITAL ONE NA                     COMENITYCAPITALBOSCOV              CREDIT FIRST NA
PO BOX 71083                       COMENITY BANK                      PO BOX 818011
CHARLOTTE NC 28272-1083            PO BOX 182125                      CLEVELAND OH 44181-8011
                                   COLUMBUS OH 43218-2125


CREDIT FIRST NATIONAL ASSOCIATION  CREDIT MANAGEMENT LP               DEBTOR
ATTN BK CREDIT OPERATIONS          ATTN BANKRUPTCY                    JEREMY J FECKO
PO BOX 81315                       2121 NOBLESTOWN RD                 3908 MENOHER BLVD
CLEVELAND OH 44181-0315            PITTSBURGH PA 15205-3956           JOHNSTOWN PA 15905-5108


JULIE N FECKO                      FREEDOM MORTGAGE CORP              FREEDOM MORTGAGE CORPORATION
3908 MENOHER BLVD                  ATTN BANKRUPTCY                    CO MCCALLA RAYMER LEIBERT PIERCE LLC
JOHNSTOWN PA 15905-5108            PO BOX 489                         BANKRUPTCY DEPARTMENT
                                   MT LAUREL NJ 08054-0489            1544 OLD ALABAMA ROAD
                                                                      ROSWELL GA 30076-2102


FREEDOM MORTGAGE CORPORATION       MARIO J HANYON                     JODI L HAUSE
BANKRUPTCY DEPARTMENT              PHELAN HALLINAN DIAMOND  JONES LLP PHELAN HALLINAN DIAMOND  JONES LLP
10500 KINCAID DRIVE                OMNI WILLIAM PENN OFFICE TOWER     OMNI WILLIAM PENN OFFICE TOWER
SUITE 300                          555 GRANT STREET SUITE 300         555 GRANT STREET SUITE 300
FISHERS IN 46037-9764              PITTSBURGH PA 15219-4408           PITTSBURGH PA 15219-4408


KEYBANK NA                         KEYBANK NA                         MIDLAND FUNDING LLC
4910 TIEDEMAN RD                   KEY BANK ATTENTION RECOVERY PAYMENT PO BOX 2011
BROOKLYN OH 44144-2338             4910 TIEDEMAN ROAD                 WARREN MI 48090-2011
                                   BROOKLYN OH 44144-2338


MRS BPO                            MIDLAND FUNDING                    NATIONAL COLLEGIATE STUDENT LOAN TRUST
1930 OLNEY AVE                     ATTN BANKRUPTCY                    2004
CHERRY HILL NJ 08003-2016          PO BOX 939069                      PO BOX 4275
                                   SAN DIEGO CA 92193-9069            NORCROSS GA 30091-4275
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVID J NOVAK<br>232 CRESTVIEW DR<br>DAVIDSVILLE PA 15928-9507 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PNC BANK NA<br>BOSTON PORTFOLIO ADVISORS AS<br>AUTHORIZED<br>AGENT FOR PNC BANK NA<br>600 CORPORATE DRIVE SUITE 502<br>FORT LAUDERDALE FL 33334-3662 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 N LINCOLN AVE<br>PITTSBURGH PA 15233-1828 |
| PEOPLES NATURAL GAS COMPANY LLC<br>CO S JAMES WALLACE PC<br>845 NORTH LINCOLN AVENUE<br>PITTSBURGH PA 15233-1828 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| BRETT A SOLOMON<br>TUCKER ARENSBERG PC<br>1500 ONE PPG PLACE<br>PITTSBURGH PA 15222-5413 | SOMERSET TRUST<br>151 W MAIN STREET<br>SOMERSET PA 15501-2068 | US DEPT OF EDGREAT LAKES HIGHER ED<br>ATTN BANKRUPTCY<br>2401 INTERNATIONAL LANE<br>MADISON WI 53704-3121 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | S JAMES WALLACE<br>845 N LINCOLN AVENUE<br>PITTSBURGH PA 15233-1828 | JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| WELLS FARGO BANK<br>PO BOX 10438<br>MACF8235-02F<br>DES MOINES IA 50306-0438 | WELLS FARGO BANK NA<br>WELLS FARGO EDUCATION FINANCIAL<br>SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 | RONDA J WINNECOUR<br>SUITE 3250 USX TOWER<br>600 GRANT STREET<br>PITTSBURGH PA 15219-2702 |