IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# DEFAULT O/E JAD

| | | |
|---|---|---|
| Jeremy J. Fecko and | : | Bankruptcy No. 17-70625-JAD |
| Julie N. Fecko | : | |
| Debtors | : | |
| | : | Chapter 13 |
| _____ | : | |
| Jeremy J. Fecko and | : | |
| Julie N. Fecko | : | Related to Doc. No. 103 |
| Movants | : | |
| v. | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| Respondent | : | |

## ORDER OF COURT

AND NOW, to wit, this ____3rd____ day of ____Jany____, 20_20_, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Jeremy J. Fecko and JulieN. Fecko are approved to obtain $12,000.00 from Debtor-Wife's American Funds individual retirement account.

IT IS FURTHER ORDERED The $12,000 is to be used only to cure the Plan arrears, and will not represent any new disposable income nor any new plan funding for the Debtors.

DATED this ___3rd___ day of ____Jany____, 20_20_

_____
Jeffery A. Deller
*United States Bankruptcy Judge*

FILED
1/3/20 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CASE ADMINISTRATOR SHALL SERVE:
Jeremy J. and Julie N. Fecko
Richard G. Allen, Esquire
Ronda J. Winnecour, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70625-JAD
Jeremy J. Fecko                                                           Chapter 13
Julie N. Fecko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: nsha              Page 1 of 1              Date Rcvd: Jan 03, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2020.
db/jdb         +Jeremy J. Fecko,   Julie N. Fecko,   3908 Menoher Blvd,   Johnstown, PA 15905-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2020 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              David J. Novak    on behalf of Attorney    Somerset Trust Company davidnov162@hotmail.com,
               rfn@jjbodies.com
              James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    Freedom Mortgage Corporation
               jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Richard G. Allen    on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 10