UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  JEREMY J FECKO
        JULIE N FECKO

CASE NO: 17-70625

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
Hearing Date: 02/07/2020
Hearing Time: 11:00 AM
Response Date: 01/18/2020

On 1/13/2020, I did cause a copy of the following documents, described below,

Notice of Hearing

Application to Hire

Exhibit A

Exhibit B

Proposed Default Order

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/13/2020

/s/ Richard G. Allen
Richard G. Allen  304865
Law Offices of Richard G. Allen
P.O. Box 434
Blairsville, PA  15717
814 240 1013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  JEREMY J FECKO
JULIE N FECKO

CASE NO: 17-70625

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
Hearing Date: 02/07/2020
Hearing Time: 11:00 AM
Response Date: 01/18/2020

On 1/13/2020, a copy of the following documents, described below,

Notice of Hearing

Application to Hire

Exhibit A

Exhibit B

Proposed Default Order

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/13/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard G. Allen
Law Offices of Richard G. Allen
P.O. Box 434
Blairsville, PA  15717

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03157
CASE 17-70625-JAD
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN
MON JAN 13 10-47-25 EST 2020

RICHARD G ALLEN
LAW OFFICES OF RICHARD G ALLEN
PO BOX 434
43 WEST MARKET STREET
BLAIRSVILLE PA 15717-1327

ALLY FINANCIAL
TUCKER ARENSBERG PC
CO BRETT A SOLOMON ESQUIRE
1500 ONE PPG PLACE
PITTSBURGH PA 15222-5413

ALLY FINANCIAL
ATTN BANKRUPTCY
PO BOX 380901
BLOOMINGTON MN 55438-0901

ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

ATG CREDIT LLC
1700 W CORTLAND STREET
STE 2
CHICAGO IL 60622-1131

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30253
SALT LAKE CITY UT 84130-0253

CAPITAL ONE
ATTN GENERAL CORRESPONDENCEBANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE NA
PO BOX 71083
CHARLOTTE NC 28272-1083

COMENITYCAPITALBOSCOV
COMENITY BANK
PO BOX 182125
COLUMBUS OH 43218-2125

CREDIT FIRST NA
PO BOX 818011
CLEVELAND OH 44181-8011

CREDIT FIRST NATIONAL ASSOCIATION
ATTN BK CREDIT OPERATIONS
PO BOX 81315
CLEVELAND OH 44181-0315

CREDIT MANAGEMENT LP
ATTN BANKRUPTCY
2121 NOBLESTOWN RD
PITTSBURGH PA 15205-3956

DEBTOR

JEREMY J FECKO
3908 MENOHER BLVD
JOHNSTOWN PA 15905-5108

JULIE N FECKO
3908 MENOHER BLVD
JOHNSTOWN PA 15905-5108

FREEDOM MORTGAGE CORP
ATTN BANKRUPTCY
PO BOX 489
MT LAUREL NJ 08054-0489

FREEDOM MORTGAGE CORPORATION
CO MCCALLA RAYMER LEIBERT PIERCE LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

FREEDOM MORTGAGE CORPORATION
BANKRUPTCY DEPARTMENT
10500 KINCAID DRIVE
SUITE 300
FISHERS IN 46037-9764

MARIO J HANYON
PHELAN HALLINAN DIAMOND  JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA 15219-4408

JODI L HAUSE
PHELAN HALLINAN DIAMOND  JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA 15219-4408

KEYBANK NA
4910 TIEDEMAN RD
BROOKLYN OH 44144-2338

KEYBANK NA
KEY BANK ATTENTION RECOVERY PAYMENT
4910 TIEDEMAN ROAD
BROOKLYN OH 44144-2338

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

MRS BPO
1930 OLNEY AVE
CHERRY HILL NJ 08003-2016

MIDLAND FUNDING
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

NATIONAL COLLEGIATE STUDENT LOAN TRUST
2004
PO BOX 4275
NORCROSS GA 30091-4275

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DAVID J NOVAK
232 CRESTVIEW DR
DAVIDSVILLE PA 15928-9507

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721

PNC BANK NA
BOSTON PORTFOLIO ADVISORS AS
AUTHORIZED
AGENT FOR PNC BANK NA
600 CORPORATE DRIVE SUITE 502
FORT LAUDERDALE FL 33334-3662

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PEOPLES NATURAL GAS COMPANY LLC
CO S JAMES WALLACE PC
845 N LINCOLN AVE
PITTSBURGH PA 15233-1828

PEOPLES NATURAL GAS COMPANY LLC
CO S JAMES WALLACE PC
845 NORTH LINCOLN AVENUE
PITTSBURGH PA 15233-1828

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

BRETT A SOLOMON
TUCKER ARENSBERG PC
1500 ONE PPG PLACE
PITTSBURGH PA 15222-5413

SOMERSET TRUST
151 W MAIN STREET
SOMERSET PA 15501-2068

US DEPT OF EDGREAT LAKES HIGHER ED
ATTN BANKRUPTCY
2401 INTERNATIONAL LANE
MADISON WI 53704-3121

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

S JAMES WALLACE
845 N LINCOLN AVENUE
PITTSBURGH PA 15233-1828

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

WELLS FARGO BANK
PO BOX 10438
MACF8235-02F
DES MOINES IA 50306-0438

WELLS FARGO BANK NA
WELLS FARGO EDUCATION FINANCIAL
SERVICES
PO BOX 10438 MAC F8235-02F
DES MOINES IA 50306-0438

RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702