# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | **Case No. 17-70625-JAD** |
| **Julie N. Fecko** | : | |
|     **Debtors** | : | |
| | : | **Chapter 13** |
| _____ | : | |
| **Jeremy J. Fecko and** | : | |
| **Julie N. Fecko** | : | **Document No. 116** |
|     **Movants** | : | |
|     v. | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
|     **Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY (Doc. No. 113)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ filed on **January 10th, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion/Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **January 28th, 2020**.

It is hereby respectfully requested the Default Order attached to the Application to Employ be entered by the Court.

Dated: January 30th, 2020:      **Richard G. Allen, Esq.**
Law Offices of Richard G. Allen
P.O. Box 434, 43 West Market Street
Blairsville, PA 15717
(814) 240-1013
richarda@johnstownbankruptcy.com
Attorney for Debtors