IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jeremy J. Fecko and | : | |
| Julie N. Fecko | : | Case No. 17-70625-JAD |
| Debtors | : | |
| | : | |
| | : | Chapter 13 |
| _____ | : | |
| Freedom Mortgage Corporation | : | |
| Movant | : | |
| | : | Regarding Claim No. 8 |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING NOTICE OF MONTHLY MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on **December 4th, 2021.**

The type of service made on the parties were electronic service and service via U.S. Mail.

EXECUTED ON: **December 4th, 2021:**    Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
P.O. Box 401
Delmont, PA 15626
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com

Attorney for Debtors

**MATRIX**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Jeremy J. Fecko and Julie N. Fecko
3908 Menoher Avenue
Johnstown, PA 15905

Mario J. Hanyon on behalf of Creditor Freedom Mortgage Corporation
wbecf@brockandscott.com, mario.hanyon@brockandscott.com