**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/18/2022

IN RE:

JEREMY J. FECKO
JULIE N. FECKO
3908 MENOHER BLVD
JOHNSTOWN, PA 15905
XXX-XX-4711        Debtor(s)

XXX-XX-8915

Case No.17-70625 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/18/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0217 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 3    INT %: 6.00%<br>Court Claim Number: 5<br>CLAIM: 25,291.38<br>COMMENT: CL5GOV@6%MDF/PL\*24.827@6%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6945 |
| **ALLY FINANCIAL(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 4    INT %: 6.00%<br>Court Claim Number: 4<br>CLAIM: 19,411.73<br>COMMENT: CL4GOV@6%MDF/PL\*18990@6%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7856 |
| **US BANK NA - TRUSTEE ET AL**<br>C/O RUSHMORE LOAN MANAGEMENT SVCS LLC<br>PO BOX 52708<br>IRVINE, CA  92619 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: PMT/DECL\*DKT4LMT\*BGN 9/17\*FR FMC-DOC 133 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2668 |
| **SOMERSET TRUST COMPANY**<br>151 WEST MAIN ST<br>SOMERSET, PA  15501 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: PMT/PL\*331 X(60+2)=LMT\*$0 ARRS/PL\*HOME EQUITY/SCH | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2823 |
| **PNC BANK NA**<br>C/O BOSTON PORTFOLIO ADVISORS<br>327 PLAZA REAL STE 300<br>BOCA RATON, FL  33432 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 11,183.21<br>COMMENT: 3028~ATG CREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8915 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 3,473.68<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5317 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 2,696.08<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8382 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,509.88<br>COMMENT: COMENITY CAPITAL BANK/BOSCOV'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1629 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CREDIT FIRST NA*** <br> BK 13 CREDIT OPERATIONS* <br> POB 818011* <br> CLEVELAND, OH 44181-8011 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 794.16 <br> COMMENT: 5288/SCH*FIRESTONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4711 |
| **CREDIT MANAGEMENT CO** <br> 2121 NOBLESTOWN RD <br> PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CONEMAUGH PHYSCNS GRP/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5040 |
| **CREDIT MANAGEMENT CO** <br> 2121 NOBLESTOWN RD <br> PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CONEMAUGH EMRGNCY PHYSCN GRP/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3593 |
| **CREDIT MANAGEMENT CO** <br> 2121 NOBLESTOWN RD <br> PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CONEMAUGH MMRL MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1440 |
| **KEYBANK NA**** <br> POB 94968 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~EDUCATIONAL/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5001 |
| **KEYBANK NA**** <br> POB 94968 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~EDUCATIONAL/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5003 |
| **KEYBANK NA**** <br> POB 94968 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~EDUCATIONAL/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5002 |
| **KEYBANK NA**** <br> POB 94968 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 1,753.48 <br> COMMENT: EDUCATIONAL/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5004 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGE <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 4,325.96 <br> COMMENT: 4852/SCH*SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0217 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGE <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 1,919.73 <br> COMMENT: 0444/SCH*SYNCHRONYLOWE'S | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9721 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **NATIONAL COLLEGIATE STUDENT LOAN TRUST**<br>C/O TRANSWORLD SYSTEMS INC<br>PO BOX 2402<br>COLUMBUS, GA 31902-2402 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 11,685.55<br>COMMENT: 4585~MRS BPO/SCH*LOAN IS COSIGNED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8915 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 5,744.61<br>COMMENT: CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1780 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO 63197-0321 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 49,116.30<br>COMMENT: 0581/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8915 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO EDUCATION FINANCIAL SVC<br>301 E 58TH ST N<br>SIOUX FALLS, SD 57104 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 6,687.07<br>COMMENT: 0001/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7781 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO EDUCATION FINANCIAL SVC<br>301 E 58TH ST N<br>SIOUX FALLS, SD 57104 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,432.64<br>COMMENT: X0001/SCH*DTR1 IS COSIGNER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7505 |
| **DEB ANGEL AND ZACK KUZMICK**<br>215 MARBURY AVE<br>JOHNSTOWN, PA 15906 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,026.36<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7258 |
| **US BANK NA - TRUSTEE ET AL**<br>C/O RUSHMORE LOAN MANAGEMENT SVCS LLC<br>PO BOX 52708<br>IRVINE, CA 92619 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,866.76<br>COMMENT: CL8GOV*1867/PL*THRU 8/17*FR FMC-DOC 133 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2668 |
| **US BANK NA - TRUSTEE ET AL**<br>C/O RUSHMORE LOAN MANAGEMENT SVCS LLC<br>PO BOX 52708<br>IRVINE, CA 92619 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/28*CL@ $750 W/DRAWN-DOC 60*FR FM( | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2668 |
| **MCCALLA RAYMER ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br>ROSWELL, GA 30076-2102 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number: 31  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT: ALLY FNCL/PRAE | |
| | | |
| **BROCK & SCOTT PLLC** | Trustee Claim Number: 32  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 302 FELLOWSHIP RD STE 130 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| MT LAUREL, NJ  08054 | COMMENT: FREEDOM MORT/PRAE | |