IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/3/22 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| **Jeremy J. Fecko** | : | |
| **Julie N. Fecko** | : | Case No. 17-70625-JAD |
| **Debtors** | : | |
| | : | Chapter 13 |
| _____ | : | |
| **Jeremy J. Fecko** | : | Document No. 137 |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **Major Builders, Inc.** | : | |
| **514 Menoher Blvd.** | : | |
| **Johnstown, PA 15905** | : | |
| **Respondent** | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |
| Respondent | : | |

**ORDER TERMINATING WAGE ATTACHMENT**

Upon representation of the above-named Debtor, Jeremy J. Fecko, having filed a

Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS, THEREFORE, ORDERED that the wage attachment currently in place with **Major Builders, Inc. 514 Menoher Blvd., Johnstown, PA 15905** is hereby terminated.

IT IS FURTHER ORDERED that this Order supersedes any previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

DATED this _____3rd_____ day of _____June_____, 2022.

jah

Jeffery A. Deller

*United States Bankruptcy Judge*

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70625-JAD |
| Jeremy J. Fecko | Chapter 13 |
| Julie N. Fecko | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy J. Fecko, Julie N. Fecko, 3908 Menoher Blvd, Johnstown, PA 15905-5108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com rfn@jjbodies.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen

on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com
mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song

on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 10