**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | Case No. 17-70625-JAD |
| **Julie N. Fecko** | : | |
|     **Debtors** | : | |
| _____ | : | |
| **Jeremy J. Fecko** | : | |
|     **Movant** | : | |
|     v. | : | Chapter 13 |
| | : | |
| **Major Builders, Inc.** | : | |
| **514 Menoher Blvd.** | : | |
| **Johnstown, PA 15905** | : | |
|     **Respondent** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
|     **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT**

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 4th day of June, 2022, a true and correct copy of the Order dated June 3rd, 2022, by First-Class Mail. U.S. Postage paid on the Parties below:

    Major Builders, Inc.
    514 Menoher Blvd.
    Johnstown, PA 15905

Date: July 10th, 2019

Respectfully Submitted
/s/ Richard G. Allen, Esq.
Richard G. Allen
PA I.D. #304865
Law Offices of Richard G. Allen
P.O. Box 401
Delmont, PA 15626
(814) 240-1013 (P) (814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com
Attorney for Debtors