**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | **Case No. 17-70625-JAD** |
| **Julie N. Fecko** | : | |
|     **Debtors** | : | |
| | : | **Chapter 13** |
| _____ | : | |
| **Jeremy J. Fecko and** | : | |
| **Julie N. Fecko** | : | **Document No. 145** |
|     **Movants** | : | |
|     v. | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
|     **Respondent** | : | |

**ORDER OF COURT**

      AND NOW, to wit, this _____ day of _____, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Jeremy J. Fecko and Julie N. Fecko are approved to obtain $10,119.00 from Debtor-Husband's Alerus retirement account.

      IT IS FURTHER ORDERED The $10,119.00 is to be used only to cure the Plan arrears, and will not represent any new disposable income nor any new plan funding for the Debtors.

DATED this _____day of _____, 20____.

_____
Jeffery A. Deller
*United States Bankruptcy Judge*