IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jeremy J. Fecko and** | : | Case No. 17-70625-JAD |
| **Julie N. Fecko** | : | |
|     **Debtors** | : | |
| | : | Chapter 13 |
| _____ | : | |
| **Jeremy J. Fecko and** | : | |
| **Julie N. Fecko** | : | Document No. 146 |
|     **Movants** | : | |
|     v. | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
|     **Respondent** | : | |

**CERTIFICATE OF SERVICE OF MOTION FOR APPROVAL TO WITHDRAW INDIVIDUAL
RETIREMENT FUNDS IN ORDER TO
CURE PLAN ARREARS**

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of June, 2022, a true and correct copy of the above captioned pleading, along with the corresponding notice of hearing, by First-Class Mail. U.S. Postage and electronic mail on the Parties below:

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

ALLY FINANCIAL
TUCKER ARENSBERG PC
CO BRETT A SOLOMON ESQUIRE
1500 ONE PPG PLACE
PITTSBURGH PA 15222-5413

ALLY FINANCIAL
ATTN BANKRUPTCY
PO BOX 380901
BLOOMINGTON MN 55438-0901

ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

ATG CREDIT LLC
1700 W CORTLAND STREET
STE 2
CHICAGO IL 60622-1131

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30253
SALT LAKE CITY UT 84130-0253

CAPITAL ONE
ATTN GENERAL
CORRESPONDENCEBANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE NA
PO BOX 71083
CHARLOTTE NC 28272-1083

COMENITYCAPITALBOSCOV
COMENITY BANK
PO BOX 182125
COLUMBUS OH 43218-2125

CREDIT FIRST NA
PO BOX 818011
CLEVELAND OH 44181-8011

CREDIT FIRST NATIONAL ASSOCIATION
ATTN BK CREDIT OPERATIONS
PO BOX 81315
CLEVELAND OH 44181-0315

CREDIT MANAGEMENT LP
ATTN BANKRUPTCY
2121 NOBLESTOWN RD
PITTSBURGH PA 15205-3956

JEREMY J FECKO
JULIE N. FECKO
3908 MENOHER BLVD
JOHNSTOWN PA 15905-5108

FREEDOM MORTGAGE CORP
ATTN BANKRUPTCY
PO BOX 489
MT LAUREL NJ 08054-0489

FREEDOM MORTGAGE CORPORATION
CO MCCALLA RAYMER LEIBERT PIERCE LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

FREEDOM MORTGAGE CORPORATION
BANKRUPTCY DEPARTMENT
10500 KINCAID DRIVE
SUITE 300
FISHERS IN 46037-9764

MARIO J HANYON
PHELAN HALLINAN DIAMOND JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA 15219-4408

JODI L HAUSE
PHELAN HALLINAN DIAMOND JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA 15219-4408

KEYBANK NA
4910 TIEDEMAN RD
BROOKLYN OH 44144-2338

KEYBANK NA
KEY BANK ATTENTION RECOVERY PAYMENT
4910 TIEDEMAN ROAD
BROOKLYN OH 44144-2338

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

MRS BPO
1930 OLNEY AVE
CHERRY HILL NJ 08003-2016

MIDLAND FUNDING
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

NATIONAL COLLEGIATE STUDENT LOAN
TRUST
2004
PO BOX 4275
NORCROSS GA 30091-4275

DAVID J NOVAK
232 CRESTVIEW DR
DAVIDSVILLE PA 15928-9507

PNC BANK NA
BOSTON PORTFOLIO ADVISORS AS
AUTHORIZED
AGENT FOR PNC BANK NA
600 CORPORATE DRIVE SUITE 502
FORT LAUDERDALE FL 33334-3662

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PEOPLES NATURAL GAS COMPANY LLC
CO S JAMES WALLACE PC
845 N LINCOLN AVE
PITTSBURGH PA 15233-1828

PEOPLES NATURAL GAS COMPANY LLC
CO S JAMES WALLACE PC
845 NORTH LINCOLN AVENUE
PITTSBURGH PA 15233-1828

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

BRETT A SOLOMON
TUCKER ARENSBERG PC
1500 ONE PPG PLACE
PITTSBURGH PA 15222-5413

SOMERSET TRUST
151 W MAIN STREET
SOMERSET PA 15501-2068

US DEPT OF EDGREAT LAKES HIGHER ED
ATTN BANKRUPTCY
2401 INTERNATIONAL LANE
MADISON WI 53704-3121

UNITED STATES DEPARTMENT OF
EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

S JAMES WALLACE
845 N LINCOLN AVENUE
PITTSBURGH PA 15233-1828

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

| | |
|---|---|
| WELLS FARGO BANK<br>PO BOX 10438<br>MACF8235-02F<br>DES MOINES IA 50306-0438 | WELLS FARGO BANK NA<br>WELLS FARGO EDUCATION FINANCIAL SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 |
| Date: June 26th, 2022: | Respectfully Submitted<br>/s/ Richard G. Allen, Esq.<br>Richard G. Allen<br>PA I.D. #304865<br>Law Offices of Richard G. Allen<br>P.O. Box 401<br>Delmont, PA 15626<br>(814) 240-1013 (P) (814) 806-2754 (F) |
| Email: | richarda@johnstownbankruptcy.com<br>Attorney for Debtors |