IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jeremy J. Fecko and | : | Case No. 17-70625-JAD |
| Julie N. Fecko | : | |
|     Debtors | : | |
| | : | Chapter 13 |
| _____ | : | |
| Julie N. Fecko | : | Document No. 150 |
|     Movant | : | |
| v. | : | |
| UPMC Behavioral Health at | : | |
| Twin Lakes | : | |
| 224 Twin Lake Road | : | |
| Somerset, PA 15501 | : | |
|     Respondent | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
|     Additional Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 1st day of July, 2022, a true and correct copy of the Order dated June 27th, 2022, by email on the Parties below:

UPMC Behavioral Health at Twin Lakes
224 Twin Lake Road
Somerset, PA 15501

| | |
|---|---|
| Date: July 4th, 2022: | Respectfully Submitted |
| | /s/ Richard G. Allen, Esq. |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | P.O. Box 401 |
| | Delmont, PA 15626 |
| | (814) 240-1013 (P) (814) 806-2754 (F) |
| Email: | richarda@johnstownbankruptcy.com |
| | Attorney for Debtors |