Certificate Number: 15317-PAW-DE-036715119

Bankruptcy Case Number: 17-70625



15317-PAW-DE-036715119

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2022, at 1:47 o'clock PM PDT, Jeremy Fecko completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 27, 2022

By:  /s/Janice Morla

Name:  Janice Morla

Title:  Counselor