Certificate Number: 15317-PAW-DE-036715118

Bankruptcy Case Number: 17-70625



15317-PAW-DE-036715118

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2022, at 1:47 o'clock PM PDT, Julie Fecko completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 27, 2022         By:   /s/Janice Morla

                             Name: Janice Morla

                             Title: Counselor