UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/17/22 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JEREMY J. FECKO<br>  JULIE N. FECKO<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>   Movant<br>       vs.<br>  JEREMY J. FECKO<br>  JULIE N. FECKO<br><br>       Respondents | Case No.17-70625JAD<br><br>Chapter 13<br><br>Related to ECF No. 156 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

   AND NOW, this  17th  day of  October   2022       , it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc Behavioral Health At Twin Lakes
Attn: Payroll
224 Twin Lake Road
Somerset, PA 15501

is hereby ordered to immediately terminate the attachment of the wages of JULIE N. FECKO, social security number XXX-XX-8915.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JULIE N. FECKO.

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeremy J. Fecko  
Julie N. Fecko  
    Debtors

Case No. 17-70625-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2  
Date Rcvd: Oct 17, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy J. Fecko, Julie N. Fecko, 3908 Menoher Blvd, Johnstown, PA 15905-5108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brett A. Solomon  
    on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas  
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

David J. Novak  
    on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com rfn@jjbodies.com

Mario J. Hanyon  
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com
        mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen

        on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com
        mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

S. James Wallace

        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song

        on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 10