**Fill in this information to identify the case:**

Debtor 1  _____

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
                                                                                                                             (State)

Case number  _____

# Form 4100R
## Response to Notice of Final Cure Payment        10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:**

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: \_\_\_ \_\_\_ \_\_\_ \_\_\_

**Property address:** _____
                      Number      Street

                     _____

                     _____
                     City                         State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on:   \_\_\_/\_\_\_\_/_____
                                                                     MM / DD  /YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetition ongoing payments due:                                  (a)   $ _____

    b. Total fees, charges, expenses, escrow, and costs outstanding:            + (b)   $ _____

    c. **Total**. Add lines a and b.                                                            (c)   $ _____

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   \_\_\_/\_\_\_\_/_____
                                                                                                                 MM / DD  /YYYY

Debtor 1 _____   Case number (*if known*) _____
          First Name     Middle Name     Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____     Date ____/_____/_____
   Signature

Print  _____     Title _____
       First Name     Middle Name     Last Name

Company  _____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  _____
         Number          Street

         _____
         City                     State       ZIP Code

Contact phone  (_____) _____ – _____      Email _____

---

Form 4100R                **Response to Notice of Final Cure Payment**                page **2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Jeremy J. Fecko<br>Julie N. Fecko fka Julie Zimmerman<br>Debtor<br><br>Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V,<br><br>        Movant<br>v.<br><br>Jeremy J. Fecko<br>Julie N. Fecko fka Julie Zimmerman<br>Ronda J. Winnecour– Trustee,<br><br>        Respondents | Case No¨ 17-70625-JAD<br><br>Chapter: 13<br><br>Judge:  Jeffery A. Deller |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

    The undersigned counsel for Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the RESPONSE TO NOTICE OF FINAL CURE filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

    The type(s) of service made on the parties was:  electronic notification or first-class mail, postage pre-paid.  Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: 12/23/2022

                FRIEDMAN VARTOLO, LLP.

                By: /s/ *Lauren M. Moyer*
                Lauren M. Moyer, Esquire
                FRIEDMAN VARTOLO LLP
                Attorneys for Movant
                1325 Franklin Avenue, Suite 160
                Garden City, New York 11530
                T: (212) 471-5100
                F: (212) 471-5150
                Bankruptcy@FriedmanVartolo.com

**Service by NEF**

**Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Debtor's Counsel**
Richard G. Allen
Law Offices of Richard G. Allen
P.O. Box 401
Delmont, PA 15626
**U.S. Trustee**
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**Service by First-Class Mail**

**Debtor**
Jeremy J. Fecko
3908 Menoher Blvd
Johnstown, PA 15905

Julie N. Fecko fka Julie Zimmerman
3908 Menoher Blvd
Johnstown, PA 15905