**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEREMY J. FECKO<br>JULIE N. FECKO<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:17-70625 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 22, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/25/2017 and confirmed on 11/16/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 137,183.05 |
| Less Refunds to Debtor | 3,780.23 | |
| TOTAL AMOUNT OF PLAN FUND | | 133,402.82 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,450.00 | |
|   Trustee Fee | 6,136.03 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,586.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE ET AL | 0.00 | 49,852.40 | 0.00 | 49,852.40 |
|     Acct: 2668 | | | | |
|   SOMERSET TRUST COMPANY | 0.00 | 20,853.00 | 0.00 | 20,853.00 |
|     Acct: 2823 | | | | |
|   US BANK NA - TRUSTEE ET AL | 1,866.76 | 1,866.76 | 0.00 | 1,866.76 |
|     Acct: 2668 | | | | |
|   ALLY FINANCIAL(*) | 25,291.38 | 25,291.38 | 4,178.38 | 29,469.76 |
|     Acct: 6945 | | | | |
|   ALLY FINANCIAL(*) | 19,411.73 | 19,411.73 | 3,204.88 | 22,616.61 |
|     Acct: 7856 | | | | |
| | | | | 124,658.53 |
| **Priority** | | | | |
|   RICHARD G ALLEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEREMY J. FECKO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEREMY J. FECKO | 3,780.23 | 3,780.23 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RICHARD G ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD G ALLEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD G ALLEN ESQ | 1,573.39 | 1,573.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD G ALLEN ESQ | 876.61 | 876.61 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RICHARD G ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US BANK NA - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2668 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PNC BANK NA | 11,183.21 | 17.13 | 0.00 | 17.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8915 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,473.68 | 5.32 | 0.00 | 5.32 |
| Acct: 5317 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,696.08 | 4.13 | 0.00 | 4.13 |
| Acct: 8382 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,509.88 | 2.31 | 0.00 | 2.31 |
| Acct: 1629 | | | | |
| CREDIT FIRST NA* | 794.16 | 1.22 | 0.00 | 1.22 |
| Acct: 4711 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5040 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3593 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1440 | | | | |
| KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5003 | | | | |
| KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5002 | | | | |
| KEYBANK NA** | 1,753.48 | 2.68 | 0.00 | 2.68 |
| Acct: 5004 | | | | |
| MIDLAND FUNDING LLC | 4,325.96 | 6.62 | 0.00 | 6.62 |
| Acct: 0217 | | | | |
| MIDLAND FUNDING LLC | 1,919.73 | 2.94 | 0.00 | 2.94 |
| Acct: 9721 | | | | |
| NATIONAL COLLEGIATE STUDENT LOAN T | 11,685.55 | 17.90 | 0.00 | 17.90 |
| Acct: 8915 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,744.61 | 8.80 | 0.00 | 8.80 |
| Acct: 1780 | | | | |
| UNITED STATES DEPARTMENT OF EDUC/ | 49,116.30 | 75.21 | 0.00 | 75.21 |
| Acct: 8915 | | | | |
| WELLS FARGO BANK NA | 6,687.07 | 10.24 | 0.00 | 10.24 |
| Acct: 7781 | | | | |
| WELLS FARGO BANK NA | 1,432.64 | 2.19 | 0.00 | 2.19 |
| Acct: 7505 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,026.36 | 1.57 | 0.00 | 1.57 |
| Acct: 7258 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0217 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEB ANGEL AND ZACK KUZMICK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 158.26 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 124,816.79 |

```
TOTAL CLAIMED
   PRIORITY            0.00
   SECURED        46,569.87
   UNSECURED     103,348.71
```

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEREMY J. FECKO
JULIE N. FECKO
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-70625 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70625-JAD |
| Jeremy J. Fecko | Chapter 13 |
| Julie N. Fecko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy J. Fecko, Julie N. Fecko, 3908 Menoher Blvd, Johnstown, PA 15905-5108 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| sp | + | Cynthia Berger, Law Offices of Berger & Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4755 |
| 14682105 | + | Freedom Mortgage Corp, Attn: Bankruptcy, P.O. Box 489, Mt Laurel, NJ 08054-0489 |
| 14682110 | + | Somerset Trust, 151 W. Main Street, Somerset, PA 15501-2068 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2022 23:45:24 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 22 2022 23:41:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 22 2022 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14682097 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2022 23:41:00 | Ally Financial, Attn: Bankruptcy, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14696947 | | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2022 23:41:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14682098 | ^ | MEBN | Dec 22 2022 23:38:00 | Atg Credit LLC, 1700 W Cortland Street, Ste 2, Chicago, IL 60622-1131 |
| 14682099 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:44:56 | Capital One, Attn: Bankruptcy, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14682100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:44:56 | Capital One, Attn: General Correspondence/Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14764174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:45:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14764175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:45:35 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14682101 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2022 23:41:00 | Comenitycapital/boscov, Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14718799 | | Email/Text: BKPT@cfna.com | Dec 22 2022 23:41:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14682102 | + | Email/Text: BKPT@cfna.com | Dec 22 2022 23:41:00 | Credit First National Association, Attn: BK Credit Operations, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14682103 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 22 2022 23:41:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14716652 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 22 2022 23:41:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14691946 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 22 2022 23:41:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn Oh 44144-2338 |
| 14682106 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 22 2022 23:41:00 | Keybank NA, Key Bank; Attention: Recovery Payment, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14738364 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2022 23:41:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14682108 | ^ | MEBN | Dec 22 2022 23:37:34 | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14682107 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2022 23:41:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14699488 | + | Email/Text: TSIBNCBOX4275@tsico.com | Dec 22 2022 23:41:00 | National Collegiate Student Loan Trust 2004-1, Po Box 4275, Norcross, GA 30091-4275 |
| 14682109 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:07 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14703435 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14682558 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2022 23:45:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14718621 | + | Email/Text: ebnpeoples@grblaw.com | Dec 22 2022 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14768969 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2022 23:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15478458 | + | Email/Text: flyersprod.inbound@axisai.com | Dec 22 2022 23:41:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14682111 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | US Dept Of Ed/Great Lakes Higher Ed., Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 14758408 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | United States Department of Education, Claims Filing Unit, Po Box 8973, Madison, WI 53708-8973 |
| 14682112 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2022 23:44:59 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14692446 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2022 23:45:23 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | | |
|---|---|---|---|
| District/off: 0315-7 | | User: auto | Page 3 of 4 |
| Date Rcvd: Dec 22, 2022 | | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Rushmore Loan Management Services, LLC as servicer |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank National Association, not in its individ |
| aty | *+ | Somerset Trust Company, 151 W. Main Street, Somerset, PA 15501-2068 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682104 | *+ | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14765862 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com  rfn@jjbodies.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-7                       User: auto                                Page 4 of 4
Date Rcvd: Dec 22, 2022                    Form ID: pdf900                           Total Noticed: 36

Thomas Song
                on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 12