**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy 17-70625-JAD |
| **Jeremy J. Fecko and** | : | |
| **Julie N. Fecko** | : | |
| | : | |
| **Debtors** | : | |
| | : | **Chapter 13** |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by their Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 27th, 2022, at docket numbers 154 and 155, the Debtors both filed a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

   This Certification is being signed under penalty of perjury by the Undersigned Counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Date:   January 23rd, 2023              Respectfully Submitted:

                                        **/s/ Richard G. Allen, Esquire**
                                        Richard G. Allen, Esquire
                                        P.O. Box 401
                                        Delmont, PA 15626
                                        PA ID #   304865
                                        (814) 240-1013 (phone)
                                        (814) 806-2754 (fax)
                                        richarda@johnstownbankruptcy.com
                                        Attorney for Debtors

**PAWB Local Form 24 (07/13)**