IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/7/23 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JEREMY J. FECKO
JULIE N. FECKO
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-70625 JAD

Chapter 13

Related to ECF No. 162

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 7th day of February, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER   jah
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70625-JAD |
| Jeremy J. Fecko | Chapter 13 |
| Julie N. Fecko | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy J. Fecko, Julie N. Fecko, 3908 Menoher Blvd, Johnstown, PA 15905-5108 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| sp | + | Cynthia Berger, Law Offices of Berger & Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4755 |
| 14682105 | + | Freedom Mortgage Corp, Attn: Bankruptcy, P.O. Box 489, Mt Laurel, NJ 08054-0489 |
| 14682110 | + | Somerset Trust, 151 W. Main Street, Somerset, PA 15501-2068 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2023 00:05:48 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 08 2023 00:00:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 08 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14682097 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 08 2023 00:00:00 | Ally Financial, Attn: Bankruptcy, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14696947 | | Email/Text: ally@ebn.phinsolutions.com | Feb 08 2023 00:00:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14682098 | ^ | MEBN | Feb 07 2023 23:53:25 | Atg Credit LLC, 1700 W Cortland Street, Ste 2, Chicago, IL 60622-1131 |
| 14682099 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 00:05:40 | Capital One, Attn: Bankruptcy, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14682100 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 00:05:41 | Capital One, Attn: General Correspondence/Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14764174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 00:05:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14764175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 00:05:47 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14682101 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2023 00:00:00 | Comenitycapital/boscov, Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |

Case 17-70625-JAD    Doc 173    Filed 02/09/23    Entered 02/10/23 00:29:11    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14718799 | | Email/Text: BKPT@cfna.com | Feb 08 2023 00:00:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14682102 | + | Email/Text: BKPT@cfna.com | Feb 08 2023 00:00:00 | Credit First National Association, Attn: BK Credit Operations, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14682103 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 08 2023 00:00:00 | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14716652 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 08 2023 00:00:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14691946 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 08 2023 00:00:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn Oh 44144-2338 |
| 14682106 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 08 2023 00:00:00 | Keybank NA, Key Bank; Attention: Recovery Payment, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14738364 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2023 00:00:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14682108 | ^ | MEBN | Feb 07 2023 23:52:46 | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14682107 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2023 00:00:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14699488 | + | Email/Text: TSIBNCBOX4275@tsico.com | Feb 08 2023 00:00:00 | National Collegiate Student Loan Trust 2004-1, Po Box 4275, Norcross, GA 30091-4275 |
| 14682109 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 00:05:34 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14703435 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 00:05:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14682558 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 08 2023 00:05:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14718621 | + | Email/Text: ebnpeoples@grblaw.com | Feb 08 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14768969 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2023 00:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15478458 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 08 2023 00:00:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14682111 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 00:00:00 | US Dept Of Ed/Great Lakes Higher Ed., Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 14758408 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 00:00:00 | United States Department of Education, Claims Filing Unit, Po Box 8973, Madison, WI 53708-8973 |
| 14682112 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 08 2023 00:05:41 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14692446 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 08 2023 00:05:41 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Rushmore Loan Management Services, LLC as servicer |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank National Association, not in its individ |
| aty | *+ | Somerset Trust Company, 151 W. Main Street, Somerset, PA 15501-2068 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682104 | *+ | Credit Management, LP, Attn: Bankruptcy, 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14765862 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David J. Novak | on behalf of Attorney Somerset Trust Company davidnov162@hotmail.com  rfn@jjbodies.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Jeremy J. Fecko ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Joint Debtor Julie N. Fecko ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-7                                  User: auto                                              Page 4 of 4
Date Rcvd: Feb 07, 2023                        Form ID: pdf900                                   Total Noticed: 36

Thomas Song
                on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 12